UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-13982 |
| DARWIN PERRY | ) | |
| MAISHA WHITTINGTON | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

### ORDER GRANTING DEBTORS' MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. Section E.6 of the confirmed plan is stricken.

2. The Trustee shall make no further payments to the Illinois Department of Healthcare and Family Service.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 0 9 JUN 2017

**Prepared by:**

Dustin B. Allen
IARDC#6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100