UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-13982 |
| | ) | |
| DARWIN PERRY | ) | Chapter: 13 |
| MAISHA WHITTINGTON | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Lake County |
| Debtor(s) | ) | |

ORDER ~~GRANTING RELIEF FROM~~ AMENDING ORDER DATED JUNE 9, 2017

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. ~~Paragraph 1 of the~~ The Order dated 6/9/17 Granting Debtors' Motion to Modify Plan, Docket #55, is ~~stricken~~ amended to delete paragraph 1.

Enter:

_____
United States Bankruptcy Judge

Dated: 21 JUL 2017

**Prepared by:**
Dustin B. Allen
IARDC#6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100

Rev: 20151029_bko