# JD BYRIDER Chapter 13 Trustee Approval Sheet

## Please take this Form to your Attorney

| | |
|---|---|
| **Customer Name** | DARWIN PERRY |
| **Purchase Price** | $10,995.00 |
| **Down Payment** | $500.00 |
| **BW/Monthly Payment** | $180.00 |
| **APR on loan** | 21.99% |
| **Term** | 48 months |
| **24/24 Service Agreement** | $1,499 |
| **Trade in - Y/N** | No |
| **Year/Make/Model** | 2009 Chevy Impala OR similar |
| **Miles** | 95,000 |
| **Sales Rep** | Rich |

**Dealership Contact Info**

**Sales - Phone # (630) 403-3800 Fax # (630) 403-3801**



Exhibit A